## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

VIRGINIA ALWARDT,

    Plaintiff,

v.                                CASE NO: 8:07-cv-1399-T-26TBM

AIG PREFERRED INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Compel Interrogatory Answers From Defendant (Dkt. 17) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). This Court requires that counsel confer *personally* before filing the motion, which was not done in this case. The Court directs that counsel for the parties confer *personally* within the next seven (7) days in a good faith effort to resolve the issues raised in the motion without further Court intervention. In the event Plaintiff is compelled to refile the motion, the Court will direct an expedited response and schedule an expedited hearing on two days' notice and will impose sanctions on any party or any party's counsel who has not acted in good faith.

**DONE AND ORDERED** at Tampa, Florida, on January 22, 2008.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record